# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 6, 2012

No. 11-50410
Summary Calendar

Lyle W. Cayce
Clerk

ADRIAN COVARRUBIAS,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; WARDEN, REEVES COUNTY DETENTION CENTER III; ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL; BUREAU OF PRISONS,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:10-CV-101

Before BENAVIDES, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Adrian Covarrubias, former federal prisoner # 94612-179, appeals the denial of his 28 U.S.C. § 2241 petition challenging his exclusion from rehabilitation programs and halfway houses. As Covarrubias has been released from Bureau of Prisons custody, we dismiss his appeal as moot. *See Calderon v. Moore*, 518 U.S. 149, 150 (1996).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.